

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00094-CV

Dr. Hector **FARIAS** and Voices in Democratic Action (VIDA),
Appellants

v.

Eduardo A. **GARZA** and Uni-Trade Forwarding, L.C.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVT-001496-D1
Honorable Fred Shannon, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

The panel has considered the appellees' motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court